United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY, an Illinois corporation,<br><br>            Plaintiff,<br>      v.<br><br>LEE H. BRANDENBURG, et al.,<br><br>            Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | Case No.: 5:12-CV-04285-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for May 1, 2013 as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file their Joint Case Management Statement by Monday, April 29, 2013.

**IT IS SO ORDERED.**

Dated: April 25, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 5:12-CV-0485-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT