| | |
|---|---|
| Mark E. Aronson, Esq. (SBN: 85872)<br>ANDERSON MCPHARLIN & CONNERS LLP<br>444 South Flower Street, 31st Floor<br>Los Angeles, CA 90071-2901<br>Telephone: (213) 688-0080<br>Facsimile: (213) 622-7594<br>Email: mea@amclaw.com<br>Attorneys for Plaintiff and Counter-Defendant BOND SAFEGUARD INSURANCE COMPANY, an Illinois corporation | BUCHALTER NEMER<br>A Professional Corporation<br>James B. Wright (SBN: 63241)<br>Kalley R. Aman (SBN: 217337)<br>55 Second St., Ste. 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 227-0900<br>Facsimile: (415) 227-0770<br>Email: jwright@buchalter.com<br>         kaman@buchalter.com<br>Attorneys for Defendants, Counter-Claimants and Cross-Claimants LEE H. BRANDENBURG, as an individual and as Trustee of the Brandenburg Revocable Trust dated September 19, 1993; DIANE M. BRANDENBURG, as an individual and as Trustee of the Brandenburg Revocable Trust dated September 19, 1993 |
| Ernest Orlando Vincent, Esq. (SBN: 120402)<br>Attorney At Law<br>7 Kern Court Oceanside, CA 92057<br>Telephone: (909) 215-6856<br>Email: eovincent1@hotmail.com<br>Attorney for Defendant, Cross-Claimant, and Counter-Claimant PALM SPRINGS MODERN HOMES VI, LLC; Defendants, Counter-Claimants and Cross- Claimants ANDREA C. CUNNINGHAM, and DENNIS A. CUNNINGHAM | Steven J. Hassing, Esq. (SBN: 152125)<br>LAW OFFICES OF STEVEN J. HASSING<br>425 Calabria Court, Suite 330<br>Roseville, CA 95747<br>Telephone: (916) 677-1776<br>Facsimile: (916) 677-1770<br>Email: sjh@hassinglaw.com<br>Attorney for Defendant, Cross-Defendant, Cross-Claimant and Counter-Claimant CITY OF PALM SPRINGS; Defendant and Cross-Defendant WESSMAN HOLDINGS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY, an Illinois corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>LEE H. BRANDENBURG, et al.,<br><br>           Defendant(s).<br>_____<br><br>AND RELATED CROSS-CLAIMS<br>_____ | Case Number: CV 12-4285-LHK<br>Assigned to the Hon. Lucy H. Koh<br><br>**STIPULATION FOR THIRTY-DAY CONTINUANCE OF FACT AND EXPERT DISCOVERY CUTOFF DEADLINES AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER FOR THIRTY-DAY CONTINUANCE OF FACT AND
EXPERT DISCOVERY CUTOFF DEADLINES – CASE NO. CV 12-4285-LHK

By and through their undersigned counsel and subject to approval of the Court, all parties to this action hereby stipulate to a 30-day continuance of all fact and expert discovery deadlines in the Court's January 9, 2013 Case Management Order. The parties request the Court's approval of an additional 30 days to complete discovery for the following reasons:

- On April 29, 2013, the parties participated in private mediation and believed they had reached an agreed-upon preliminary approach for resolving one aspect of the case. After the mediation, the parties determined that the approach was not feasible and they were unable to finalize a partial resolution;
- The parties have served written discovery and are continuing to meet and confer to resolve all certain discovery disputes, including privilege and privacy objections, before depositions commence and without filing motions to compel;
- Counsel from four different law offices, including two sole practitioners, representing four different client groups have been trying to coordinate fourteen party and non-party depositions in Palm Springs and Orange County. They have encountered delays due to scheduling conflicts, summer vacations, issues over the production of documents needed for the depositions, and the availability of witnesses some of whom are high-level municipal officials and practicing attorneys who have previously represented their clients with regard to issues involved in this proceeding.
- Additionally, counsel for at least one of the defendants was engaged in trial and had personal issues which affected that attorney's availability to meet and confer regarding outstanding discovery issues; and
- This is the first request for a continuance of any deadline in the Case Management Order. The parties do not seek a continuance of any other deadlines set by the Court, and they believe at this time that the Court's other deadlines for dispositive motions (last day to file and serve is November 14, 2013) and trial (March 3, 2014) will not be affected.

**STIPULATION AND [PROPOSED] ORDER FOR THIRTY-DAY CONTINUANCE OF FACT AND EXPERT DISCOVERY CUTOFF DEADLINES – CASE NO. CV 12-4285-LHK**

Based upon this Stipulation and the foregoing, the parties respectfully ask the Court to continue the fact and expert discovery deadlines by 30 days as follows:

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Fact Discovery Cutoff | September 19, 2013 | October 19, 2013 |
| Last Day to Exchange Expert Witness Reports | October 3, 2013 | November 2, 2013 |
| Last Day to Exchange Expert Witness Rebuttal Reports | October 17, 2013 | November 16, 2013 |
| Expert Witness Discovery Cutoff | October 31, 2013 | November 30, 2013 |

SO STIPULATED.

Dated: August 7, 2013         ANDERSON McPHARLIN & CONNERS, LLP


By: _____/s/_____
    Mark E. Aronson
    Attorneys for Plaintiff and Counter-Defendant
    BOND SAFEGUARD INSURANCE
    COMPANY, an Illinois corporation

Dated: August 7, 2013         BUCHALTER NEMER


By: _____/s/_____
    James B. Wright
    Kalley R. Aman
    Attorneys for Defendants, Counter Claimants and
    Cross-Claimants LEE H. BRANDENBURG, as
    an individual and as Trustee of the Brandenburg
    Revocable Trust dated September 19, 1993;
    DIANE M. BRANDENBURG, as an individual
    and as Trustee of the Brandenburg Revocable
    Trust dated September 19, 1993

**STIPULATION AND [PROPOSED] ORDER FOR THIRTY-DAY CONTINUANCE OF FACT AND EXPERT DISCOVERY CUTOFF DEADLINES – CASE NO. CV 12-4285-LHK**

| | |
|---|---|
| 1 | Dated: August 7, 2013 |
| 2 | |
| 3 | By: _____/s/_____ |
|   | Ernest Orlando Vincent, Esq. |
|   | Attorney for for Defendant, Cross-Claimant, and Counter-Claimant PALM SPRINGS MODERN HOMES VI, LLC; Defendants, Counter-Claimants and Cross- Claimants ANDREA C. CUNNINGHAM, and DENNIS A. CUNNINGHAM |
| 7 | Dated: August 7, 2013         LAW OFFICES OF STEVEN J. HASSING |
| 9 | By: _____/s/_____ |
|   | Steven J. Hassing |
|   | Attorney for Defendant, Cross-Defendant, Cross-Claimant and Counter-Claimant CITY OF PALM SPRINGS; Defendant and Cross-Defendant WESSMAN HOLDINGS, LLC |

**STIPULATION AND [PROPOSED] ORDER FOR THIRTY-DAY CONTINUANCE OF FACT AND EXPERT DISCOVERY CUTOFF DEADLINES – CASE NO. CV 12-4285-LHK**

### [PROPOSED] ORDER

The above STIPULATION FOR THIRTY-DAY CONTINUANCE OF FACT AND EXPERT DISCOVERY DEADLINES is approved. The parties are advised that this Order does not alter the parties' November 14, 2013 deadline to file dispositive motions or any other deadline not specified in the stipulation.

IT IS SO ORDERED.

Dated: August 9, 2013

_____
Lucy H. Koh
United States District Court