Mark E. Aronson, Esq. (SBN: 85872)
ANDERSON MCPHARLIN & CONNERS
LLP
444  South Flower Street, 31st Floor
Los Angeles, CA  90071-2901
Telephone: (213) 688-0080
Facsimile: (213) 622-7594
Email: mea@amclaw.com
Attorneys for Plaintiff and Counter-
Defendant BOND SAFEGUARD
INSURANCE COMPANY, an Illinois
corporation

BUCHALTER NEMER
A Professional Corporation
James B. Wright (SBN:  63241)
Kalley R. Aman (SBN: 217337)
55 Second St., Ste. 1700
San Francisco, CA  94105-3493
Telephone:  (415) 227-0900
Facsimile:  (415) 227-0770
Email:  jwright@buchalter.com
        kaman@buchalter.com
Attorneys for Defendants, Counter-Claimants
and Cross-Claimants LEE H.
BRANDENBURG, as an individual and as
Trustee of the Brandenburg Revocable Trust
dated September 19, 1993; DIANE M.
BRANDENBURG, as an individual and as
Trustee of the Brandenburg Revocable Trust
dated September 19, 1993

Ernest Orlando Vincent, Esq. (SBN: 120402)
Attorney At Law
7 Kern Court Oceanside, CA  92057
Telephone: (909) 215-6856
Email: eovincent1@hotmail.com
Attorney for Defendant, Cross-Claimant, and
Counter-Claimant PALM SPRINGS
MODERN HOMES VI, LLC; Defendants,
Counter-Claimants and Cross- Claimants
ANDREA C. CUNNINGHAM, and
DENNIS A. CUNNINGHAM

Steven J. Hassing, Esq. (SBN: 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court, Suite 330
Roseville, CA  95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770
Email: sjh@hassinglaw.com
Attorney for Defendant, Cross-Defendant,
Cross-Claimant and Counter-Claimant CITY
OF PALM SPRINGS; Defendant and Cross-
Defendant WESSMAN HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY, an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> LEE H. BRANDENBURG, et al., <br><br> Defendant(s). <br><br>_____ <br><br> AND RELATED CROSS-CLAIMS <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case Number: CV 12-4285-LHK
Assigned to the Hon. Lucy H. Koh

**STIPULATION FOR THIRTY-DAY
CONTINUANCE OF FACT AND EXPERT
DISCOVERY CUTOFF DEADLINES AND
[PROPOSED] ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By and through their undersigned counsel and subject to approval of the Court, all parties to this action hereby stipulate to a 30-day continuance of all fact and expert discovery deadlines in the Court's January 9, 2013 Case Management Order.  The parties request the Court's approval of an additional 30 days to complete discovery for the following reasons:

- On April 29, 2013, the parties participated in private mediation and believed they had reached an agreed-upon preliminary approach for resolving one aspect of the case.  After the mediation, the parties determined that the approach was not feasible and they were unable to finalize a partial resolution;

- The parties have served written discovery and are continuing to meet and confer to resolve all certain discovery disputes, including privilege and privacy objections, before depositions commence and without filing motions to compel;

- Counsel from four different law offices, including two sole practitioners, representing four different client groups have been trying to coordinate fourteen party and non-party depositions in Palm Springs and Orange County.  They have encountered delays due to scheduling conflicts, summer vacations, issues over the production of documents needed for the depositions, and the availability of witnesses some of whom are high-level municipal officials and practicing attorneys who have previously represented their clients with regard to issues involved in this proceeding.

- Additionally, counsel for at least one of the defendants was engaged in trial and had personal issues which affected that attorney's availability to meet and confer regarding outstanding discovery issues; and

- This is the first request for a continuance of any deadline in the Case Management Order. The parties do not seek a continuance of any other deadlines set by the Court, and they believe at this time that the Court's other deadlines for dispositive motions (last day to file and serve is November 14, 2013) and trial (March 3, 2014) will not be affected.

**STIPULATION AND [PROPOSED] ORDER FOR THIRTY-DAY CONTINUANCE OF FACT AND EXPERT DISCOVERY CUTOFF DEADLINES – CASE NO. CV 12-4285-LHK**

Based upon this Stipulation and the foregoing, the parties respectfully ask the Court to continue the fact and expert discovery deadlines by 30 days as follows:

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Fact Discovery Cutoff | September 19, 2013 | October 19, 2013 |
| Last Day to Exchange Expert Witness Reports | October 3, 2013 | November 2, 2013 |
| Last Day to Exchange Expert Witness Rebuttal Reports | October 17, 2013 | November 16, 2013 |
| Expert Witness Discovery Cutoff | October 31, 2013 | November 30, 2013 |

SO STIPULATED.

Dated: August 7, 2013                    ANDERSON McPHARLIN & CONNERS, LLP


By: _____ /s/ _____
                                         Mark E. Aronson
                                         Attorneys for Plaintiff and Counter-Defendant
                                         BOND SAFEGUARD INSURANCE
                                         COMPANY, an Illinois corporation

Dated: August 7, 2013                    BUCHALTER NEMER


By: _____ /s/ _____
                                         James B. Wright
                                         Kalley R. Aman
                                         Attorneys for Defendants, Counter Claimants and
                                         Cross-Claimants LEE H. BRANDENBURG, as
                                         an individual and as Trustee of the Brandenburg
                                         Revocable Trust dated September 19, 1993;
                                         DIANE M. BRANDENBURG, as an individual
                                         and as Trustee of the Brandenburg Revocable
                                         Trust dated September 19, 1993

STIPULATION AND [PROPOSED] ORDER FOR THIRTY-DAY CONTINUANCE OF FACT AND
EXPERT DISCOVERY CUTOFF DEADLINES – CASE NO. CV 12-4285-LHK

Dated: August 7, 2013

By:_____ /s/ _____
        Ernest Orlando Vincent, Esq.
        Attorney for for Defendant, Cross-Claimant, and
        Counter-Claimant PALM SPRINGS MODERN
        HOMES VI, LLC; Defendants, Counter-
        Claimants and Cross- Claimants ANDREA C.
        CUNNINGHAM, and DENNIS A.
        CUNNINGHAM

Dated: August 7, 2013        LAW OFFICES OF STEVEN J. HASSING

By:_____ /s/ _____
        Steven J. Hassing
        Attorney for Defendant, Cross-Defendant, Cross-
        Claimant and Counter-Claimant CITY OF PALM
        SPRINGS; Defendant and Cross-Defendant
        WESSMAN HOLDINGS, LLC

**STIPULATION AND [PROPOSED] ORDER FOR THIRTY-DAY CONTINUANCE OF FACT AND**

**EXPERT DISCOVERY CUTOFF DEADLINES – CASE NO. CV 12-4285-LHK**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The above STIPULATION FOR THIRTY-DAY CONTINUANCE OF FACT AND

EXPERT DISCOVERY DEADLINES is approved.   The parties are advised that this

Order does not alter the parties' November 14, 2013 deadline to file dispositive

motions or any other deadline not specified in the stipulation.

IT IS SO ORDERED.

Dated: August 9, 2013

Lucy H. Koh

Lucy H. Koh
United States District Court