UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY, an Illinois corporation, | Case No.: 5:12-CV-04285-LHK |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION AND CONTINUING CASE MANAGEMENT CONFERENCE |
| LEE H. BRANDENBURG, et al., | |
| Defendants. | |

The parties have stipulated to a thirty-day continuance of fact and expert discovery deadlines. *See* ECF No. 60. The Court grants that stipulation, and the new discovery deadlines shall be those stated in the parties' stipulation. The hearing on dispositive motions, pre-trial conference, and trial dates remain as set in the previous case management order. *See* ECF No. 57. The parties are limited to one dispositive motion per side.

The Court continues the Case Management Conference scheduled for August 28, 2013, at 2 p.m. to December 19, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 22, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 5:12-CV-04285-LHK
MINUTE AND CASE MANAGEMENT ORDER